Leading Jewelry Manufacturing Company, Appellant, v. Yorkshire Watch Company, Appellee.

Gen. No. 45,944.

Healy, Newby, Cessna & Healy, for appellant; Lochtan & Wolfe, for appellee; Coleman Lochtan, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed May 11, 1953; released for publication June 16, 1953.